IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISSETTE NUNEZ BRAVO, Administrator of the Estate of LUIS ABRAHAM NUNEZ *Plaintiff,* v. CITY OF PHILADELPHIA, et al., *Defendants.* | CIVIL ACTION NO. 22-5190 |

## ORDER

**PAPPERT, J.**                                                                 September 19, 2023

**AND NOW**, this 19th day of September 2023, upon consideration of the MHM Defendants' Motion to Dismiss the Amended Complaint (ECF 49), the MHM Defendants' Response in Support of the Motion to Dismiss (ECF 50), and Lisette Nunez Bravo's Response in Opposition to the Motion to Dismiss (ECF 52), it is hereby **ORDERED** that the motion is **DENIED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.