IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISSETTE NUNEZ BRAVO,<br><br>Administrator of the Estate of LUIS ABRAHAM NUNEZ<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>NO. 22-5190 |

## ORDER

**AND NOW**, this 25th day of October, 2024, upon consideration of Plaintiff's Petition to Settle Wrongful Death and Survival Action, (ECF No. 72), to which no objections have been filed, and Plaintiff's Supplemental Brief in Support of the Petition, (ECF No. 74), it is **ORDERED** that Plaintiff is authorized to enter into a settlement with Defendants in the gross sum of $195,100, to be paid by the City of Philadelphia and Centurion Dentition Health Services, LLC.  Defendants shall forward all settlement drafts or checks to Plaintiff's counsel for proper distribution.

It is **FURTHER ORDERED** that the settlement proceeds shall be allocated as follows:

To: Olga Iris Burgos-Rosado, Wrongful Death Beneficiary          $82,378.76

To:  The Estate of Luis Abraham Nunez, Survival Beneficiary          $20,594.69

2

    To:  Abramson & Denenberg, P.C. (reimbursement of expenses)     $14,126.55

    To:  Abramson & Denenberg, P.C.                                                             $78,000


The Clerk of Court shall mark this case **CLOSED.**


                                       BY THE COURT:


                                       ***/s/ Gerald J. Pappert***
                                       Gerald J. Pappert, J.